# Law Offices of
## Raymond Elvis Gazer
172 East 161st Street
Bronx, New York 10451
(917)848-0527· REGazer@gmail.com

Raymond Elvis Gazer, Esq.

May 12th, 2023

*Via Electronic Court Filing*
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:  United States of America versus Hyunkook Korsiak

        23 Cr. 00152 (VSB)

Your Honor,

    I write to request that the status conference in this matter, currently scheduled for May 16th, at 12 noon, be adjourned until June 13th at 2:00 p.m.  I am still in the process of reviewing the discovery materials which the Government provided, and this adjournment will afford me the ability to finish.  As such, I will also consent to waive time under the Speedy Trial Act until June 13th, 2023.  I understand that this is a convenient date for all concerned.  The Government has no objection to the adjournment.

Respectfully submitted,

Raymond Elvis Gazer, Esq.

**APPLICATION GRANTED**
**SO ORDERED** [signature]
**VERNON S. BRODERICK**
**U.S.D.J.** 5/15/23

The status conference previously scheduled for May 16, 2023 is hereby adjourned to June 13, 2023 at 2:00 PM. The adjournment is necessary to allow defense counsel adequate time to review discovery materials.  The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly it is further ordered that the time between now and June 13, 2023 is hereby excluded under the Speedy Trial Act.  18 U.S.C. 3161(h)(7)(A), in the interest of justice. SO ORDERED.