# Law Offices of
# Raymond Elvis Gazer
172 East 161st Street
Bronx, New York
(917)848-0527 REGazer...

Raymond Elvis Gazer, Esq.

_____

> **APPLICATION GRANTED**
> **SO ORDERED** /s/ Vernon S. Broderick
> **VERNON S. BRODERICK**
> **U.S.D.J.**  09/06/2023
>
> The status conference scheduled for September 15, 2023 is hereby adjourned to October 27, 2023 at 3:00 p.m.  The adjournment is necessary to permit the defense to review the Government's latest production of discovery.  Additionally, to allow time for Mr. Korsiak to complete his psychiatric evaluation in order to determine the appropriate resolution of the case.  The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, it is further ordered that the time between September 15, 2023 and October 27, 2023 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

*Via Electronic Court Filing*
Honorable Vernon S. Broderick
United States District Court
Southern  District of New York
40 Foley Square
New York, New York 10007

    Re:   United States of America versus Hyunkook Korsiak
           23 Cr. 00152 (VSB)

Your Honor,

    I write to request that the status conference in this matter, currently scheduled for September 15th, at 11 a.m., be adjourned for approximately five weeks.  I am still in the process of reviewing the Government's latest production of discovery materials.  Additionally, my client is currently being evaluated by a forensic psychiatrist, who reports that the evaluation is about halfway complete.  I believe that, once concluded, it will help determine the appropriate resolution of the case, be it a pretrial disposition or otherwise.

    As such, if the adjournment is granted, I will also consent to waive time under the Speedy Trial Act for its duration.  The Government has no objection to the requested adjournment.

                                   Respectfully submitted,

                                   */s/ Raymond Elvis Gazer*
                                   Raymond Elvis Gazer, Esq.