**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 14, 2023

**BY ECF**

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  12/18/2023

Re:   *United States v. Hyunkook Korsiak*, 23 Cr. 152 (VSB)

Dear Judge Broderick:

    The Government writes with the consent of defense counsel to request an extension of time to respond to the motion the defendant filed on December 8, 2023. (Dkt. No. 20). At the pretrial conference on October 27, 2023, the Court set a briefing schedule with defense motions due on December 8, 2023 and the Government's response due two weeks later on December 22, 2023. Due to unforeseen circumstances that required Government counsel to be out of the office for a period of time, the Government respectfully requests a one-week extension of time to file its opposition to the defendant's motion to December 29, 2023 and a corresponding extension of the defendant's reply date to January 12, 2024.

                                                  Respectfully submitted,

                                                  DAMIAN WILLIAMS
                                                  United States Attorney

By: _____
      Dominic A. Gentile
      Assistant United States Attorney
      Tel. 212-637-2567

cc:  Raymond Gazer, Esq. (by ECF)