UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

    -Against-

                                                                                            23-Cr.-00152 (VSB)

HYUNKOOK KORSIAK,                                                 ~~(PROPOSED)~~ ORDER

    Defendant.
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

    WHEREAS, defendant, HYUNKOOK KORSIAK, is a federal inmate detained in the Hudson County Correctional Center; has a trial scheduled before this Court on March 18th, 2023; and requires adequate access to that facility's law library to review discovery and prepare for the trial.

    IT IS ORDERED that, to facilitate his ability to review discovery and prepare for trial, defendant is to be afforded adequate access to the facility's law library of an amount of time not less than five hours per week.

    IT IS FURTHER ORDERED that the Government shall provide a copy of this order to the relevant authorities at the Hudson County Correctional Center.

SO ORDERED.

Dated:    New York, New York

             December 20, 2023

                                                                         _Vernon Broderick_
                                                                       Vernon S. Broderick
                                                                        United States District Judge