UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                  :

UNITED STATES OF AMERICA,      :

                             -against-                :          23-CR-152 (VSB)

HYUNKOOK KORSIAK,                :          **ORDER**

                                Defendant.   :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

I have reviewed the Defendant's motion to suppress certain evidence as well as the accompanying memorandum of law, declaration, and exhibits. (Docs. 20–22.) I have also reviewed the Government's opposition and accompanying exhibits. (Docs. 27, 27-1–3.) Accordingly, it is hereby:

ORDERED that, on or before January 26, 2024, the Government provide the following:

1. Transcripts and the audio recordings of the four calls that occurred between April and December 2022 between Inmate-1 and the Defendant. If no transcripts exist, the audio recordings of such call should be provided;

2. Either (a) documents chronicling the contacts between Inmate-1, the FBI, and the US Attorney's Office concerning the investigation into Defendant related to the instant indictment, or (b) an affidavit or declaration signed by an individual with personal knowledge detailing such contacts.

SO ORDERED.

Dated: January 19, 2024
       New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge