UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -against-                                      23-CR-152 (VSB)

    HYUNKOOK KORSIAK,                           **ORDER**

                           Defendant.

------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       I am in receipt of Defense counsel's March 22, 2024 letter motion requesting that I order the Probation Department to prepare a so-called "Pre-Pleading Report" in order to assist defense counsel ascertain whether the defendant's previous convictions qualify as violent felonies under the Armed Career Criminal Act ("ACCA").  (Doc. 39.)  I am also in receipt of the Government's March 25, 2024 letter response opposing the request.  (Doc. 40.)  According, it is hereby:

       ORDERED that because the Government has informed me that they have provided defense counsel with a copy of the Maine Presentence Investigation Report, stated its position as to whether the defendant is ACCA eligible, and because defense counsel does not cite any caselaw supporting its request, Defense counsel's motion is DENIED.  The Clerk of Court is respectfully directed to terminate the motion pending at Doc. 39.

SO ORDERED.

Dated: March 26, 2024
       New York, New York

                                                          _____
                                                           Vernon S. Broderick
                                                           United States District Judge