UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,

                              Plaintiff,

                  -against-                      23-CR-152 (VSB)

                                             **ORDER**

    HYUNKOOK KORSIAK,

                              Defendants.
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Upon the application of Lauren Di Chiara and Anna N. Sideris, attorneys for Hyunkook Korsiak, Reg. No. 13151-036, and it further appearing that Mr. Korsiak suffers from persistent pain from his cracked tooth and exposed nerve, it is hereby:

       ORDERED that the Hudson County Correctional Center schedule an appointment with an oral surgeon for the necessary medical care that Mr. Korsiak requires and any other additional medical treatment or screening that is appropriate to treat his cracked tooth, exposed nerve, and any related ailments while he is in the custody of the Hudson County Correctional Center.

       IT IS FURTHER ORDERED that Hudson County Correctional Center inform the Government, Defense Counsel, and the Court within fourteen (14) days of the filing of this Order when the appointment has been scheduled.

SO ORDERED.

Dated:  June 12, 2024
          New York, New York

                                                            Vernon S. Broderick
                                                            United States District Judge