UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
UNITED STATES OF AMERICA                               :
                                                       :
                                                       :
                                                       :              23-CR-152 (VSB)
                        -v-                            :
                                                       :                 **ORDER**
HYUNKOOK KORSIAK,                                      :
                                                       :
                        Defendant.    :
                                                       :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

     Due to a conflict in the court's schedule, it is hereby:

     ORDERED that the sentencing currently scheduled for February 28, 2025, at 11:00 a.m.

is adjourned to March 21, 2025, at 10:00 a.m.

SO ORDERED.

Dated:  January 29, 2025
     New York, New York

                                   _____
                                   Vernon S. Broderick
                                   United States District Judge