UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

HYUNKOOK KORSIAK,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT PRELIMINARY ORDER
OF FORFEITURE AS TO
SPECIFIC PROPERTY

23 Cr. 152 (VSB)

        WHEREAS, on or about March 23, 2023, HYUNKOOK KORSIAK (the "Defendant"), was charged in an Indictment, 23 Cr. 152 (VSB) (the "Indictment"), with murder for hire, in violation of Title 18, United States Code, Sections 1958 and 2 (Count One); and possession of a firearm after a felony conviction, in violation of Title 18, United States Code, Section 922(g)(1) (Count Two);

        WHEREAS, the Indictment included a forfeiture allegation as to Count Two of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), of any and all firearms and ammunition involved in, used in, or intended to be used in the offense charged in Count One of the Indictment, including but not limited to the following:

        a.    Palmetto State Armory pistol;

        b.    Sig Sauer 9mm semi-automatic pistol;

        c.    Salient Arms AR-15 rifle; and

        d.    Black polymer 80 privately manufactured firearm;

(a. through d., collectively, the "Indictment Property");

        WHEREAS, on or about April 22, 2024, the Defendant pled guilty to Count Two of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Two and agreed to forfeit to the United

States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all right, title and interest of the Defendant in the Indictment Property that was seized from the Defendant on or about March 8, 2023;

WHEREAS, the Defendant consents to the forfeiture of all his right, title and interest in the following property that was seized from the Defendant on or about March 8, 2023, all of which constitutes firearms and/or ammunition involved in or used in the offense charged in Count Two of the Indictment:

 a. Palmetto State Armory AR-15 bearing Serial No. 255846;

 b. Sig Sauer 9mm semi-automatic pistol bearing Serial No. 52B300645;

 c. Byrna 9mm pistol bearing Serial No. GA02D4796; [handwritten: "initiation pistol"]

 d. Salient Arms AR-15 Style rifle bearing Serial No. SAI00621;

 e. 9mm pistol bearing Serial No. 255846;

 f. hundreds of rounds of various caliber ammunition, including .22 caliber, 9MM, 5.56 ammo; and

 g. two magazines

(a. through g., collectively, the "Specific Property");

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Matthew Podolsky, Acting United States Attorney, Assistant United

States Attorneys Dominic A. Gentile and Michael R. Herman, of counsel, and the Defendant and his counsel, Lauren Di Chiara, Esq., that:

    1. As a result of the offense charged in Count Two of the Indictment, to which the Defendant pled guilty, all of the Defendant's right, title and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

    2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture as to Specific Property is final as to the Defendant HYUNKOOK KORSIAK, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

    3. Upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property, the United States (or its designee) is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

    4. Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov. This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days. Any person, other than the Defendant, claiming interest in the Specific Property must file a Petition within sixty (60) days from the first day of publication of the Notice on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5.  The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Specific Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Specific Property, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6.  Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

7.  Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8.  Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

9.  The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture as to Specific Property, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

10. The signature page of this Consent Preliminary Order of Forfeiture as to Specific Property may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

By: _____  3/31/2025
DOMINIC A. GENTILE                   DATE
MICHAEL R. HERMAN
Assistant United States Attorneys
26 Federal Plaza
New York, NY 10278
(212) 637-2567/2221


HYUNKOOK KORSIAK

By: _____  3/31/25
HYUNKOOK KORSIAK                      DATE

By: _____  3/31/2025
LAUREN DI CHIARA, ESQ.                DATE
Attorney for Defendant
52 Duane Street Ste 7th Floor
New York, NY 10007


SO ORDERED:

_____  3/31/2025
HONORABLE VERNON S. BRODERICK     DATE
UNITED STATES DISTRICT JUDGE